NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-171


DAVID BRADLEY ARDOIN AND ELIZABETH ARDOIN
VERSUS
DR. DOUGLAS MCKAY


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 64511
HONORABLE JOHN P. NAVARRE, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy
Judges.

SUSPENSIVE APPEAL DISMISSED;
APPEAL CONVERTED TO A DEVOLUTIVE APPEAL.

Marc W. Judice
Judice & Adley
Post Office Box 51769
Lafayette, LA 70505-1769
(337) 235-2405
Counsel for Defendant/Appellee:
 Dr. Douglas McKay

Jay Anthony Pucheu
Attorney at Law
Post Office Box 310
Marksville, LA 71351
(318) 253-5080
Counsel for Plaintiff/Appellant:
 David Bradley Ardoin
 Elizabeth Ardoin